IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| FELICIA CHRISTIAN, Individually and as Administratrix of the Estate of JALIN TERRELL LAWSON; and JULLIA ALEXANDRIA MORRIS, Individually, | : : : : : |
| Plaintiffs, | : Civil Action File No.: : 4:22-cv-00062-CDL |
| v. | : : |
| FORD MOTOR COMPANY, | : : |
| Defendant. | : |

### DEFENDANT FORD MOTOR COMPANY'S MOTION TO DISMISS

COMES NOW, Ford Motor Company ("Ford"), and within the time prescribed by law, moves this Court to dismiss Plaintiffs' Complaint under Fed. R. Civ. P. 12(b)(6) and 12(b)(3) for failure to state a claim upon which relief can be granted as these claims are time barred and venue is improper. In support of this Motion, Ford relies upon the following:

1. Defendant Ford Motor Company's supporting Memorandum of Law; and
2. All other pleadings and matters of record.

Ford respectfully requests that its Motion to Dismiss be **GRANTED** and that Plaintiffs' claims against it be dismissed.

Respectfully submitted this 25th day of May, 2022.

<div style="margin-left: 50%;">

WATSON SPENCE, LLP

*/s/ Michael R. Boorman*
Michael R. Boorman
Georgia Bar No. 067798
Erika J. Harris
Georgia Bar No. 483730
999 Peachtree Street, N.E.
Suite 1130
Atlanta, Georgia 30309
Telephone: (229) 436-1545
mboorman@watsonspence.com
eharris@watsonspence.com
*Attorneys for Defendant*
*Ford Motor Company*

</div>

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Christopher D. Glover
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, PC
2839 Paces Ferry Road SE
Suite 400
Atlanta, Georgia 30339
chris.glover@beasleyallen.com

J. Greg Allen
Stephanie Monplaisir
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, PC
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
greg.allen@beasleyallen.com
stephanie.monplaisir@beasleyallen.com

L. Shane Seaborn
Charles Hudson
PENN & SEABORN, LLC
1442 South Eufaula Avenue
Eufaula, Alabama 36027
sseaborn1@yahoo.com
hudsoncharles39@yahoo.com

Jesse G. Bowles, III
BOWLES & BOWLES
P.O. Drawer 99
Cuthbert, Georgia 31740
bowles3@windstream.net

This 25th day of May, 2022.

                                                  ***/s/ Michael R. Boorman***
                                                  Michael R. Boorman
                                                  Georgia Bar No. 067798